# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GOYKE HEALTH CENTER, P.C., Individually and as the representative of a Class of similarly-situated persons,<br>v.<br>MIDWEST WASTE SERVICES, LLC | FILED: JULY 17, 2008<br>08CV4049<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE MASON<br>AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MIDWEST WASTE SERVICES, LLC

| NAME (Type or print) |
|---|
| Eric L. Samore |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Eric L. Samore |
| FIRM |
| SmithAmundsen LLC |
| STREET ADDRESS |
| 150 North Michigan Avenue, Suite 3300 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6181345 | 312-894-3200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐