# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
GOYKE HEALTH CENTER, P.C., Individually and as the representative of a Class similarly-situated persons,  
    v.  
MIDWEST WASTE SERVICES, LLC

Case Number: 08-cv-4049

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GOYKE HEALTH CENTER, P.C., on behalf of itself and those similarly situated.

| |
|---|
| NAME (Type or print)<br>Janice L. Morrison |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Janice L. Morrison |
| FIRM<br>DiTommaso-Lubin, P.C. |
| STREET ADDRESS<br>17W 220 22nd Street, Suite 200 |
| CITY/STATE/ZIP<br>Oakbrook Terrace, Illinois 60181 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291830 | TELEPHONE NUMBER<br>630-333-0000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |