# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08-cv-4049

GOYKE HEALTH CENTER, P.C., Individually and as the representative of a Class similarly-situated persons,
                    v.
MIDWEST WASTE SERVICES, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GOYKE HEALTH CENTER, P.C., individually and on behalf of all others similarly situated

| | |
|---|---|
| **NAME (Type or print)** Peter S. Lubin | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)** s/ Peter S. Lubin | |
| **FIRM** DiTommaso-Lubin, P.C. | |
| **STREET ADDRESS** 17W 220 22nd Street, Suite 200 | |
| **CITY/STATE/ZIP** Oakbrook Terrace, Illinois 60181 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6185789 | **TELEPHONE NUMBER** 630-333-0000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |