U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case Number: 08-cv-4049
GOYKE HEALTH CENTER, P.C., Individually and as the
representative of a Class similarly-situated persons,
　　　　v.
MIDWEST WASTE SERVICES, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
GOYKE HEALTH CENTER, P.C., individually and on behalf of all others similarly situated

| NAME (Type or print) |  |
|---|---|
| Vincent L. DiTommaso |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Vincent L. DiTommaso |  |
| FIRM |  |
| DiTommaso-Lubin, P.C. |  |
| STREET ADDRESS |  |
| 17W 220 22nd Street, Suite 200 |  |
| CITY/STATE/ZIP |  |
| Oakbrook Terrace, Illinois 60181 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6181810 | 630-333-0000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　　YES ☐　　NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　　YES ☐　　NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　　YES ☑　　NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　　YES ☐　　NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐ | |