File No. 3006517-ELS/VNA-jys

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GOYKE HEALTH CENTER, P.C., Individually and as the representative of a Class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST WASTE SERVICES, LLC,<br><br>Defendant. | Case No. 08-CV-4049<br><br>Judge Wayne R. Anderson<br><br>Magistrate Judge Michael T. Mason |

## NOTICE OF MOTION

TO:  Vincent Louis DiTommaso, Esq.        Phillip A. Bock, Esq.
     Peter Scott Lubin, Esq.              Bock & Hatch LLC
     Janice Lynn Morrison, Esq.           134 North LaSalle Street, Suite 1000
     DiTommaso Lubin PC                   Chicago, IL 60602
     17W220 22nd Street, Suite 200
     Oakbrook Terrace, IL 60181

PLEASE TAKE NOTICE THAT on the 4th day of September, 2008, at 9:00 a.m., we shall appear before the Honorable Judge R. Wayne Anderson in Room 1403, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached Agreed Motion Allowing Midwest Waste Services, LLC Leave To File Its Answer And Affirmative Defenses To Plaintiff's Class Action Complaint, a copy of which is hereby served upon you.

                                              MIDWEST WASTE SERVICES, LLC


                                        By:   s/ Vasudev N. Addanki
                                              One of its Attorneys

Eric L. Samore, Esq. (ARDC #6181345)
Vasudev N. Addanki, Esq. (ARDC #6278927)
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
(312) 894-3210 Fax

## AFFIDAVIT OF SERVICE

I, Jacqueline Y. Smith, after being first duly sworn on oath, depose and state that I electronically served this Notice, together with the documents herein referred, to the above-named attorneys prior to 5:00 p.m. on July 31, 2008.

SUBSCRIBED and SWORN to before me
this 31st day of July, 2008.

_____
Notary Public

OFFICIAL SEAL
ANGENETTE ADAMS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11