**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Goyke Health Center, P.C.
                         Plaintiff,

v.                                       Case No.: 1:08−cv−04049
                                                              Honorable Wayne R. Andersen

Midwest Waste Services, LLC
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Defendant's motion to dismiss[13] is entered and briefed as follows: Responses due by 9/12/2008. Replies due by 9/26/2008. Ruling will be made by mail. The proper way to bring a motion before the court is with a notice of motion. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.