UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                       Case

**Goyke Health Center, P.C., Individually and as the representative of a Class of similarly-situated persons v. Midwest Waste Services LLC.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Midwest Waste Services, LLC.**

| SIGNATURE | *[signature]* |
|---|---|
| FIRM | **SMITHAMUNDSEN, LLC** |
| STREET ADDRESS | **150 NORTH MICHIGAN AVENUE, SUITE 3300** |
| CITY/STATE/ZIP | **CHICAGO, IL 60601** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6291003 | TELEPHONE NUMBER  (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNEL IN THIS CASE? | YES / /    NO / x / |
| ARE YOU ACTING AS LOCAL COUNEL IN THIS CASE? | YES / /    NO / x / |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES / /    NO /x / |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES / /    NO /x / |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL / / | APPOINTED COUNSEL / / |